# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00089-01 OWW** |
| ) | |
| **Diana Nicholson** ) | |
| ) | |

On August 8, 2006, the above named was placed on probation for a term of 5 years. Special conditions included a requirement that she submit to search and seizure, not dispose of any assets, provide any requested financial information, not incur any new credit charges or lines of credit, participate in mental health treatment if necessary, complete 500 hours of community service, participate in a co-payment plan for treatment, cooperate with the IRS and submit to the collection of DNA. The defendant was also ordered to pay a $100 special assessment.

Since being placed on probation, the defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. The defendant has completed 319 hours of community service at this point in time; however, while working on her community service hours she broke her ankle and has since suffered additional physical impediments, which has prevented the completion of her remaining hours of community service. Additionally, the defendant's home is in foreclosure and she has requested to relocate to Louisiana once she is evicted from her residence. Given these circumstances, it is the opinion of the Probation Officer that she has derived the maximum benefit from supervision and is not in need of continued supervision.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem**
**United States Probation Officer**

**Reviewed by:**　　**/s/ Bruce A. Vasquez**
　　　　　　　　　　**Bruce A. Vasquez**
　　　　　　　　　　**Supervising United States Probation Officer**

Rev. 08/2000

## ORDER OF COURT

It is ordered that the defendant be discharged from
probation and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   October 17, 2007**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE